**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __New Jersey__
                                  (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**  Zayat Stables LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

401 Hackensack Avenue
Number    Street

_____

Hackensack    NJ    07601
City          State  ZIP Code

Bergen
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____  _____  _____
City        State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____  _____  _____
City        State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  __Zayat Stables LLC_____  Case number (*if known*)_____
        <sub>Name</sub>

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No<br>☒ Yes. Debtor __Ahmed Zayat_____   Relationship __Principal_____<br>District __New Jersey__  Date filed __09/11/2020__  Case number, if known __20-20387__<br>                                     MM / DD / YYYY<br>Debtor _____  Relationship _____<br>District _____  Date filed _____  Case number, if known _____<br>                                     MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  __Zayat Stables LLC__    Case number (*if known*)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| US Elite LLC | Loan | $ 188,500 |
| Joseph Bodner | Loan | $ 150,000 |
| Steven Keefer | Loan | $ 275,000 |
| | Total of petitioners' claims | $ 613,500 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>US Elite LLC — Name<br>17 Passaic Avenue — Number Street<br>Hawthorne — City    NJ — State    07506 — ZIP Code | Stephen B. Ravin, Esq. — Printed name<br>Saul Ewing Arnstein & Lehr LLP — Firm name, if any<br>1037 Raymond Blvd. — Number Street<br>Newark — City    NJ — State    07102 — ZIP Code |
| **Name and mailing address of petitioner's representative, if any**<br>Steven Keefer — Name<br>5-23 River Road — Number Street<br>Fair Lawn — City    NJ — State    07410 — ZIP Code | Contact phone 973-286-6714   Email stephen.ravin@saul.com<br>Bar number 008261979<br>State New Jersey |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on 09/11/2020<br>✘ /s/ Steven Keefer, Managing Member<br>Signature of petitioner or representative, including representative's title | ✘ /s/ Stephen B. Ravin<br>Signature of attorney<br>Date signed 09/11/2020 |

Debtor  Zayat Stables LLC
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Name: Steven Keefer
Number Street: 5-23 River Road
City: Fair Lawn   State: NJ   ZIP Code: 07410

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2020
MM / DD / YYYY

✗ /s/ Steven Keefer
Signature of petitioner or representative, including representative's title

---

Printed name: Stephen B. Ravin, Esq.
Firm name, if any: Saul Ewing Arnstein & Lehr LLP
Number Street: 1037 Raymond Blvd.
City: Newark   State: NJ   ZIP Code: 07102
Contact phone: 973-286-6714   Email: stephen.ravin@saul.com
Bar number: 008261979
State: New Jersey

✗ /s/ Stephen B. Ravin
Signature of attorney

Date signed: 09/11/2020
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Joesph Bodner
Number Street: 1410 Somerset Gate
City: Teaneck   State: NJ   ZIP Code: 07666

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/11/2020
MM / DD / YYYY

✗ /s/ Joseph Bodner
Signature of petitioner or representative, including representative's title

---

Printed name: Stephen B. Ravin, Esq.
Firm name, if any: Saul Ewing Arnstein & Lehr LLP
Number Street: 1037 Raymond Blvd.
City: Newark   State: NJ   ZIP Code: 07102
Contact phone: 973- 286-6714   Email: stephen.ravin@saul.com
Bar number: 008261979
State: New Jersey

✗ /s/ Stephen B. Ravin
Signature of attorney

Date signed: 09/11/2020
MM / DD / YYYY

---