UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: :
: Chapter 7
Zayat Stables, LLC, :
: Case No.: 20-20524(VFP)
Debtor. :
_____ :

TO: Jeffrey Testa, Esq.
McCarter & English, LLP
100 Mulberry Street
Four Gateway
Newark, New Jersey 07102

NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

The United States Trustee hereby appoints Jeffrey Testa, Esq., to serve as the interim chapter 7 trustee of the above-captioned, bankruptcy estate.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

By: /s/ *Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

DATED: October 9, 2020