**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Clement J. Farley, Esq.
Geoffrey E. Lynott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
         glynott@mccarter.com

*Attorneys for the Chapter 7 Trustee
Jeffrey T. Testa*

In re:

ZAYAT STABLES, LLC,

                    Debtor.

Case No.: 20-20524 (VFP)

Chapter 7

**Hearing Date: August 23, 2022 at 10:00 a.m.**

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN
ORDER APPROVING SETTLEMENT AGREEMENT BY AND AMONG CHAPTER 7
TRUSTEE JEFFREY T. TESTA, MGG INVESTMENT GROUP LP, MGG SF
EVERGREEN FUND LP, MGG SPECIALTY FINANCE FUND LP, MGG SF
DRAWDOWN MASTER FUND (CAYMAN) LP, MGG SF DRAWDOWN UNLEVERED
FUND LP, MGG SF EVERGREEN MASTER FUND (CAYMAN) LP, MGG SF
EVERGREEN UNLEVERED FUND LP, MGG INSURANCE FUND SERIES
INTERESTS OF THE SALI MULTI-SERIES FUND LP, MGG SF EVERGREEN
UNLEVERED MASTER FUND II (CAYMAN) LP, MGG ONSHORE FUNDING II LLC,
AHMED ZAYAT, JOANNE ZAYAT, JUSTIN ZAYAT, SHERIF ZAYAT, ASHLEY
ZAYAT WEISS, GLENN WEISS, BENJAMIN ZAYAT, EMMA ZAYAT
AND JPZ HOLDINGS, LLC**

I, Clement J. Farley, an attorney with McCarter & English LLP, counsel for Jeffrey T.

Testa, as Chapter 7 Trustee (the "Chapter 7 Trustee") for the estate of the above-captioned

debtor, hereby certify the following:

ME1 41977306v.1

1.	On July 26, 2022, the Chapter 7 Trustee filed the (i) *Motion for Entry of an Order Approving Settlement Agreement By and Between Chapter 7 Trustee Jeffrey T. Testa, MGG Investment Group LP, MGG SF Evergreen Fund LP, MGG Specialty Finance Fund LP, Ahmed Zayat, Joanne Zayat, Justin Zayat, Sherif Zayat, Ashley Zayat Weiss, Glenn Weiss, Benjamin Zayat, Emma Zayat and JPZ Holdings, LLC* (Docket No. 139) (the "Settlement Motion"); and (ii) the Notice of Proposed Settlement of Controversy (Docket No. 140) (the "Settlement Notice").

2.	Any objections or responses to the Settlement Motion or the Settlement Notice were to be filed with the Court and served upon the undersigned counsel by August 16, 2022.

3.	As of the date hereof, the undersigned counsel has not been served with any objections or responses to the Settlement Motion or the Settlement Notice. A review of the Court's docket indicates that, as of this date, no responses or objections to the Settlement Motion or the Settlement Notice have been filed.

WHEREFORE the undersigned, on behalf of the Chapter 7 Trustee, respectfully requests that the Order approving the Settlement Motion be entered at the Court's earliest convenience.

Dated:  August 22, 2022

**McCARTER & ENGLISH, LLP**

By: */s/ Clement J. Farley*
    Clement J. Farley
    Geoffrey E. Lynott
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    Telephone: (973) 622-4444
    Facsimile:  (973) 624-7070
    Email: cfarley@mccarter.com
        glynott@mccarter.com

*Attorneys for Chapter 7 Trustee*

ME1 41977306v.1