| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **McCARTER & ENGLISH, LLP** <br> Clement J. Farley <br> Geoffrey E. Lynott <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Facsimile: (973) 624-7070 <br> Email: cfarley@mccarter.com <br> glynott@mccarter.com <br><br> *Counsel to the Chapter 7 Trustee of the Bankruptcy Estate of Zayat Stables, LLC* | |
| In re: <br><br> AHMED A. ZAYAT, <br><br> Debtor. | Case No.: 20-20387 (VFP) <br><br> Chapter 7 |

**CERTIFICATE OF CONSENT**

    I HEREBY CERTIFY that with respect to the *Stipulation and Consent Order Resolving Claims of Landlord JD CP Investors, LLC d/b/a Continental Group, LLC n/k/a Continental Plaza* submitted to the Court via electronic mail, the following conditions have been met:

(a)    The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)    The signatures represented by the /s/ _____ on the copy of the consent order (if any) submitted to the Court reference the signatures of consenting parties obtained on the original consent order; *SEE BELOW

(c)    I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d)    I will make the original consent order available for inspection upon request of the Court or any party in interest; and

ME1 42034040v.1

<u>Final paragraph options:</u>

☐      (e)    *If submitting the consent order and this certification of the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan);

☒      (f)    *If submitting the consent order and this certification of the Court electronically via the presiding judge's email box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P. 9011 (sign certification with a /s/ _____ ).

Dated: Newark, New Jersey           Respectfully submitted,
        August 23, 2022

                                                  McCARTER & ENGLISH, LLP

                                                  <u>*/s/ Clement J. Farley*</u>
                                                  Clement J. Farley
                                                  Four Gateway Center
                                                  100 Mulberry Street
                                                  Newark, NJ 07102
                                                  Telephone: (973) 622-4444