| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McCARTER & ENGLISH, LLP**<br>Clement J. Farley, Esq.<br>Geoffrey E. Lynott, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile:  (973) 624-7070<br>Email: cfarley@mccarter.com<br>            glynott@mccarter.com<br><br>*Attorneys for the Chapter 7 Trustee* | |
| In Re:<br><br>Zayat Stables, LLC,<br><br>                                     Debtor. | Chapter 7<br><br>Case No.:  20-20524 (VFP) |

## STATUS REPORT

Jeffrey T. Testa, the chapter 7 Trustee (the "**Chapter 7 Trustee**") of the estate of Zayat Stables, LLC (the "**Bankruptcy Estate**"), by and through his counsel, hereby files the following status report pursuant to the Clerk's request (Dkt. No. 181), which is attached hereto: The Chapter 7 Trustee is in the process of reviewing claims and attending to negotiations with regard to the potential sale of an interest the Bankruptcy Estate holds in a thoroughbred racehorse.

Dated: December 11, 2024         **McCARTER & ENGLISH, LLP**
          Newark, NJ

                                                        By:  */s/ Geoffrey E. Lynott*
                                                              Clement J. Farley, Esq.
                                                              Geoffrey E. Lynott, Esq.
                                                              Four Gateway Center
                                                              100 Mulberry Street
                                                              Newark, NJ 07102

ME1 51436046v.1

Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
glynott@mccarter.com
*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
District of New Jersey

# memorandum



- ❏ P.O. Box 1352
  Newark, NJ 07101-1352
  (973) 645-4764

- ❏ P.O. Box 2067
  Camden, NJ 08101-2607
  (856) 361-2300

- ❏ 402 East State Street
  Trenton, NJ 08608
  (609) 858-9333

TO: _____

FROM: Clerk's Office

CASE NO./NAME: _____

DATE: _____

---

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

- ❏ Trustee's Report of No Assets

- ❏ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

- ❏ Chapter 13 Trustee's Final Report

- ❏ Order concerning a Motion returnable: _____

- ❏ Other: _____

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER 7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*