Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–20524–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Zayat Stables, LLC
401 Hackensack Avenue
Hackensack, NJ 07601

Social Security No.:

Employer's Tax I.D. No.:
20–2584484

---

## CERTIFICATION OF NO OBJECTION

    I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

The Trustee's interest in thoroughbred stallion Prayer for Relief.

Dated: May 13, 2026
JAN: mlc

Jeanne Naughton
Clerk